## S. S. White *v.* G. W. Purnell.

*A judgment in an action of boundary cannot form res adjudicata as to the right of property.*

APPEAL from the District Court of the Parish of East Feliciana, *Ratliff*, J. *Muse & Hardee* and *Bowman & Delee*, for plaintiff. *J. & C. McVea*, for defendant.

Land, J. This is an action sounding in damages, for an alleged trespass to a tract of land, which is claimed by both plaintiff and defendant.

The only question for decision is, whether a judgment rendered in "*an action of boundary*" forms *res adjudicata*, as to the title of the land, between the parties to the suit.

Article 825 of the Civil Code provides, that the action of boundary may be instituted, not only by the owner, but by any person who possesses as owner, and his neighbor cannot require proof of his right of property.

It seems to be clear that where the defendant is precluded from requiring proof of title, and the question of title therefore excluded, that a judgment in an action of boundary cannot form *res adjudicata* as to the right of property.

It is, therefore, ordered, adjudged and decreed, that the judgment be affirmed, with costs in both courts.

---

## B. Caze, Administrator, *v.* W. B. Robertson.

*The petitory action can only be maintained by one in whom the legal title is vested, or by his legal representative.*

APPEAL from the District Court of the Parish of West Baton Rouge, *Beale*, J. *S. P. Green*, for plaintiff and appellant. *W. B. Robertson*, in *pro. per.*

Land, J. This suit was dismissed on an exception, and the question to be determined is, whether the administrator of a deceased vendor can maintain a petitory action against a party in possession of the land sold, when the vendee himself does not complain.

*Pierre Blanchard* sold the land in dispute to *John Nolan*, who sold to *Henry W. Allen* and *William Nolan*, and *William Nolan* sold to *John T. Nolan*, and the plaintiff in this action is the administrator of *Pierre Blanchard*, who, after the institution of the suit, caused the dative testamentary executor of *John Nolan* to be joined as a party plaintiff.

Article 44 of the Code of Practice provides, that the plaintiff in an action of revendication must make out his title, otherwise the possessor, whosoever he be, shall be discharged from the demand.

A petitory action can only be maintained by one in whom the legal title is vested, or by his legal representatives.

It is, therefore, ordered, adjudged and decreed, that the judgment be affirmed, with costs in both courts.